**Eddie David COX, Appellant**

v.

**UNITED STATES of America, Appellee.**

**No. 01–1441.**

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 13, 2001.

Filed Nov. 26, 2001.

Before WOLLMAN, Chief Judge,
BOWMAN, and STAHL,[1] Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Eddie David Cox appeals the District Court's[2] decision denying his request, pursuant to Fed.R.Civ.P. 60(b), to correct or

---

* The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

1. The Honorable Norman H. Stahl, United States Circuit Judge for the First Circuit, sitting by designation.

2. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

amplify a 1982 ruling granting the appellant's motion to vacate a conviction for drug trafficking. Petitioner maintains that the District Court abused its discretion by summarily denying his request that the court explain the basis for its 1982 ruling, without holding a hearing or appointing counsel. However, Appellant's eighteen year delay in filing this motion far exceeds the "reasonable time frame" established by Rule 60(b). Accordingly, we affirm the judgment of the District Court. *See* 8th Cir. R. 47B.